# FINANCIAL DISCLOSURE REPORT
## INITIAL FILING

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Grossman, Scott M. | U.S. Bankruptcy Court, Southern District of Florida | 4/17/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States Bankruptcy Judge | ☐ Nomination Date <br> ☑ Initial ☐ Annual ☐ Final <br> **5b.** ☐ Amended Report | 01/01/2018 **to** 4/10/2020 |

**7. Chambers or Office Address**

299 E. Broward Blvd.
Room 306
Fort Lauderdale, FL 33301

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Shareholder | Greenberg Traurig, P.A. |
| 2. | Immediate Past President | Bankruptcy Bar Association of the Southern District of Florida |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2008 | Greenberg Traurig, P.A. Shareholder Agreement |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2019 | Greenberg Traurig, P.A. compensation | $394,324.00 |
| 2. 2018 | Greenberg Traurig, P.A. compensation | $375,000.00 |
| 3. 2017 | Greenberg Traurig, P.A. compensation | $300,000.00 |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. Exempt | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Grossman, Scott M.** | 4/17/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Exempt | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Wells Fargo Bank, N.A. | Mortgage on Rental Property, Aventura, FL (Part VII, line 18) | M |
| 2. | Citibank, N.A. | Greenberg Traurig Shareholder Loan | None |
| 3. | Citibank, N.A. | Guaranty (Greenberg Traurig, P.A.) | None |
| 4. | Paletz Roofing | New Roof | None |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Grossman, Scott M.** | 4/17/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Wells Fargo Bank cash accounts | A | Interest | J | T | Exempt | | | | |
| 2. OptumHealth Bank (H) | | | | | | | | | |
| 3. - cash account | A | Interest | J | T | Exempt | | | | |
| 4. - Dodge & Cox Income Fund | A | Dividend | J | T | Exempt | | | | |
| 5. - Schwab Target 2040 Index Fund | A | Dividend | J | T | Exempt | | | | |
| 6. Florida Prepaid College Plan #1 | | None | J | T | Exempt | | | | |
| 7. Florida Prepaid College Plan #2 | | None | J | T | Exempt | | | | |
| 8. The Vanguard Group (H) | | | | | | | | | |
| 9. - Vanguard Prime Money Market Fund | B | Dividend | M | T | Exempt | | | | |
| 10. - Vanguard Municipal Money Market Fund | A | Dividend | | | Exempt | | | | |
| 11. - Vanguard S-T Investment Grade Fund | A | Dividend | | | Exempt | | | | |
| 12. - Vanguard Target Retirement 2045 (Roth IRA #1) | B | Dividend | K | T | Exempt | | | | |
| 13. - Vanguard Target Retirement 2045 (Roth IRA #2) | B | Dividend | K | T | Exempt | | | | |
| 14. - Vanguard 80%/20% Aggressive Age-Based 529 #1 | | None | L | T | Exempt | | | | |
| 15. - Vanguard 90%/10% Aggressive Age-Based 529 #1 | | None | | | Exempt | | | | |
| 16. - Vanguard 90%/10% Aggressive Age-Based 529 #2 | | None | K | T | Exempt | | | | |
| 17. - Vanguard Aggressive Age-Based Growth 529 #2 | | None | | | Exempt | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Grossman, Scott M. | 4/17/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Rental Property, Aventura, FL ($225,000) | F | Rent | M | S | Exempt | | | | |
| 19. Greenberg Traurig, P.A. stock | | None | | | Exempt | | | | |
| 20. Pacific Life Insurance Policy cash value | A | Distribution | | | Exempt | | | | |
| 21. Schwab SSgA Target Retirement 2040 (401(k)) | | None | | | Exempt | | | | |
| 22. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, line 6 - Florida Prepaid College Plan does not report income information.

Part VII, line 7 - Florida Prepaid College Plan does not report income information.

Part VII, line 14 - Vanguard 529 plan does not report income information.

Part VII, line 15 - Vanguard 529 plan does not report income information.

Part VII, line 16 - Vanguard 529 plan does not report income information.

Part VII, line 17 - Vanguard 529 plan does not report income information.

Part VII, line 19 - Greenberg Traurig, P.A. stock does not earn (and therefore does not report) any income.

Part VII, line 21 - Schwab 401(k) plan does not report income information.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Scott M. Grossman**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544